| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>GONZALEZ, IRMA E | 2. Court or Organization<br><br>U.S. District Court/California | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>940 FRONT ST STE 4194<br>SAN DIEGO CA 92101-8901 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member, Board of Trustees | California Western School of Law |
| 2.   Member, Board of Directors | La Cuna, Inc., a Nonprofit Organization |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 A 11: 57 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| GONZALEZ, IRMA E | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Attorney/Partner in Law Firm of McKenna, Long and Aldridge |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GONZALEZ, IRMA E | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GONZALEZ, IRMA E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union (Accounts) | A | Interest | J | T | | | | | |
| 2. Janus Mid-Cap Fund (Mutual Fund) | D | Dividend | N | T | | | | | |
| 3. T. Rowe Price Science & Tech. (Mutual Fund) | B | Dividend | | | Sell | 05/05 | J | A | |
| 4. Acorn Int'l. State Bank & Trust (Mutual Fund) | B | Dividend | K | T | | | | | |
| 5. Mutual Discovery Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 6. AIM Investments (Money Market) | B | Dividend | K | T | | | | | |
| 7. Fidelity Investments (Mutual Fund) | B | Dividend | L | T | | | | | |
| 8. Baron Asset Fund (Mutual Fund) | B | Dividend | K | T | | | | | |
| 9. Janus Olympus Fund (Mutual Fund) | B | Dividend | K | T | | | | | |
| 10. Torray Fund (Mutual Fund) | A | Dividend | | | Sell | 12/07 | K | B | |
| 11. Janus Global Life Sciences (Mutual Fund) | B | Dividend | K | T | | | | | |
| 12. Qualcomm (Common Stock) | A | Dividend | J | T | | | | | |
| 13. Cisco (Common Stock) | A | Dividend | J | T | | | | | |
| 14. SBC Communications (Common Stock) TRANSFERRED TO AT&T | B | Dividend | J | T | | | | | |
| 15. Buffalo Small Cap (Mutual Fund) | A | Dividend | K | T | | | | | |
| 16. Wasatch Ultra Growth (Mutual Fund) | A | Dividend | K | T | | | | | |
| 17. Royce Low-Priced Stock (Mutual Fund) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GONZALEZ, IRMA E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Burger Mid-Cap (Mutual Fund) | B | Dividend | | | Sell | 08/05 | K | B | |
| 19. Fidelity Low-Priced Stock (Mutual Fund) | B | Dividend | K | T | | | | | |
| 20. Fidelity Growth Company (Mutual Fund) | A | Dividend | K | T | | | | | |
| 21. Fidelity Leveraged Company Stock Fund | A | Dividend | L | T | Buy | 07/15 | L | | |
| 22. Fidelity Nordic Fund | A | Dividend | L | T | Buy | 08/15 | L | | |
| 23. Fidelity Select Energy (Mutual Fund) | B | Dividend | K | T | | | | | |
| 24. Fidelity Select Energy Services (Mutual Fund) | B | Dividend | K | T | | | | | |
| 25. Fidelity Select Defense and Aerospace (Mutual Fund) | C | Dividend | K | T | | | | | |
| 26. Fidelity Select Environmental Services (Mutual Fund) | B | Dividend | K | T | | | | | |
| 27. Fidelity Select Natural Resources (Mutual Fund) | B | Dividend | K | T | | | | | |
| 28. Fidelity Select Utilities Fund | A | Dividend | L | T | Buy | 08/15 | L | | |
| 29. Fidelity Select Telecom Fund | A | Dividend | K | T | Buy | 10/10 | K | | |
| 30. Aberdeen Asia-Pac Prime (FAX) (Common Stock) | A | Dividend | J | T | | | | | |
| 31. AT&T (T) (Common Stock) | A | Dividend | J | T | | | | | |
| 32. Southern Co. (SO) (Common Stock) | A | Dividend | J | T | | | | | |
| 33. F5 Networks (FFIV) (Common Stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| GONZALEZ, IRMA E | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544